UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RUBEN GARCIA, derivatively for the benefit of and on behalf of the Nominal Defendant POPULAR INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD CARRIÓN, DAVID H. CHAFEY, JORGE A. JUNQUERA, ROBERTO H. HERENCIA, MANUEL MORALES, FRANCISCO M. REXACH, JUAN J. BERMÚDEZ, MARÍA L. FERRÉ, WILLIAM J. TEUBER, JOSÉ R. VIZCARRONDO, FREDERIC V. SALERNO, MICHAEL J. MASIN, AND PRICEWATERHOUSECOOPERS, LLP, <br><br> Defendants, <br><br> and <br><br> POPULAR, INC., a Puerto Rico Corporation, <br><br> Nominal Defendant. | Civil Action No. 3:09–cv–01507–JAG–BJM |

## MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, Plaintiff Ruben Garcia ("Garcia" or "Plaintiff"), by and through counsel, hereby moves this Court for entry of an order granting preliminary approval of a proposed Stipulation and Agreement of Settlement (the "Stipulation" or "Settlement") between and among Garcia and Defendants. The Stipulation is attached as Exhibit 1 to the accompanying memorandum of law. The proposed order preliminarily approving the Stipulation is at Exhibit B to the Stipulation. The motion for preliminary approval respectfully requests that the Court: (1) approve the form and manner of

giving notice of the Settlement; (2) schedule a hearing (the "Settlement Hearing") at which the Court will consider granting final approval of the Settlement and Lead Counsel's request for an award of attorneys' fees and expenses as well as incentive awards for Plaintiff in this action and a related derivative action pending in Commonwealth Court of Puerto Rico; and (3) preliminarily enjoin the Releasing Parties from commencing, instituting, or prosecuting any of the Released Claims.  In support thereof, Plaintiff submits the attached memorandum of law.

Dated: June 14, 2011                                         Respectfully submitted,

                                                       ____s/ Luis Miñana_____
LUIS E. MIÑANA & ASOC. ABOGADOS – NOTARIOS LUIS E.  MIÑANA
122 Ave, Dómenech Altos
Urb. Baldrich
San Juan, P.R. 00918
Telephone: 787-758-1999
Facsimile: 787-773-0500
Email: notarial@prtc.net

*Liaison Counsel for Plaintiff Garcia*

SCOTT+SCOTT LLP
DAVID R. SCOTT
JOSEPH P. GUGLIELMO (*pro hac vice*)
500 Fifth Avenue, 40th Floor
New York, NY  10110
Tel:  212-223-6444
Fax:  212-223-6334
Email: drscott@scott-scott.com
        jguglielmo@scott-scott.com

2

WALTER W. NOSS (*pro hac vice*)
MARY K. BLASY (*pro hac vice*)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  619-233-4565
Facsimile:  619-233-0508
Email: wnoss@scott-scott.com
       mblasy@scott-scott.com

*Lead Counsel for Plaintiff Garcia*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 14, 2011.

                                                  ____s/ Luis Miñana_____
                                                LUIS E. MIÑANA & ASOC. ABOGADOS – NOTARIOS LUIS E. MIÑANA
122 Ave, Dómenech Altos
Urb. Baldrich
San Juan, P.R. 00918
Telephone: 787-758-1999
Facsimile: 787-773-0500
Email: notarial@prtc.net

*Liaison Counsel for Plaintiff Garcia*